THE MOTHERLAND SHIPPING COMPANY, LTD., Respondent, v. FRANK I. FINKLER, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is placed at the head of the calendar) and be ready for argument when reached; otherwise, motion denied,

with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell, and Davis, JJ.